# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2016

Robert P. Young, Jr.,
Chief Justice

152650(77)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

INTERNATIONAL BUSINESS MACHINES
CORP.,

Plaintiff-Appellant,

SC: 152650
COA: 325484

v

Ct of Claims: 14-000219-MT

DEPARTMENT OF TREASURY,

Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Council on State Taxation to participate as amicus curiae and submit a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on February 10, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2016

